# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

EBONE LEROY EAST,

               Plaintiff,

    v.

C. WALLACE, et al.,

               Defendants.

_____/

CASE NO. 1:10-cv-02235-AWI-GBC (PC)

ORDER DISMISSING ACTION WITHOUT PREJUDICE

CLERK TO CLOSE CASE

### ORDER

Plaintiff Ebone Leroy East is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2011, the Court revoked Plaintiff's in forma pauperis status and ordered that Plaintiff pay the remaining balance of the filing fee within thirty days.  (ECF No. 11.)

To date, Plaintiff has failed to pay the remaining balance of the filing fee.  Therefore, this action is DISMISSED WITHOUT PREJUDICE.  Clerk shall CLOSE THE CASE.

IT IS SO ORDERED.

Dated:    December 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1