# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EBONE LEROY EAST, | CASE NO. 1:10-cv-02235-AWI-GBC (PC) |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | CLERK TO CLOSE CASE |
| C. WALLACE, et al., | |
| Defendants. | |

**ORDER**

Plaintiff Ebone Leroy East is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 2, 2011, the Court revoked Plaintiff's in forma pauperis status and ordered that Plaintiff pay the remaining balance of the filing fee within thirty days. (ECF No. 11.)

To date, Plaintiff has failed to pay the remaining balance of the filing fee. Therefore, this action is DISMISSED WITHOUT PREJUDICE. Clerk shall CLOSE THE CASE.

IT IS SO ORDERED.

Dated: December 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1